UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONY M. MCGEE,

Plaintiff,

v.

CORRECTION OFFICER RASTA DOE, CORRECTION OFFICER CIELTO DOE, CORRECTION OFFICER BAITHWAITE DOE, CORRECTION OFFICER VINCENT DOE, CORRECTION OFFICER ADDY DOE, and CORRECTION OFFICER HISPANIC DOE,

Defendants.

25-CV-9880 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Plaintiff's letter at Dkt. 15. Plaintiff is reminded that all future filings submitted by regular mail should be submitted to the Pro Se Intake Unit, 500 Pearl Street, 2nd floor, New York, NY 10007. In addition, because this case was referred to Judge Wang for general pretrial purposes, *see* Dkt. 8, all future correspondence regarding non-dispositive matters shall be addressed to Judge Wang.

SO ORDERED.

Dated: August 18, 2026
New York, New York

Ronnie Abrams
United States District Judge